UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jon Ethridge and Renee
D. Ethridge,                                              Case No. 12-10705

     Plaintiffs,                                    Honorable Nancy G. Edmunds

v.

Countrywide Home Loans, Inc., et al.,

     Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [33]**

This matter has come before the Court on the Magistrate Judge's October 16, 2012 Report and Recommendation. (Dkt. 33)  The Court is fully advised in the premises and has reviewed the record and the pleadings.  Defendants Jon and Renee D. Ethridge have not filed any objections.[1] "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

The Court therefore GRANTS Defendants' motion to dismiss.  (Dkt. 19.)  The Court DENIES as MOOT Defendant's previous motion to dismiss.  (Dkt. 9.)

SO ORDERED.

---

[1] The Court notes that Plaintiffs filed a certificate of service on October 18, 2012. (Dkt. 34.)  This certificate is for Plaintiffs' response to Defendants' motion to dismiss, which was docketed on April 9, 2012, and indicates that Plaintiffs did send a copy of its response to Defendants.  (Dkt. 12.)


        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  November 2, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 2, 2012, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager