UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jon Ethridge and Renee
D. Ethridge,                                                Case No. 12-10705

      Plaintiffs,                                   Honorable Nancy G. Edmunds

v.

Countrywide Home Loans, Inc., et al.,

      Defendants.
_____/

**ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO CORRECT ORDER [41]**

      This matter has come before the Court on Plaintiffs' motion to correct the Court's November 2, 2012 order.  (Dkt. 41.)  The Court is fully advised in the premises and has reviewed the record and the pleadings.  The Court already corrected the typographical error in that order.  (See dkt. 38.)  Plaintiffs' motion is moot.

      This case is closed.  If Plaintiffs wish to pursue litigation, they must file an appeal.

      SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  July 24, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 24, 2013, by electronic and/or ordinary mail.

                              s/Johnetta M. Curry-Williams
                              Case Manager
                              Acting in the Absence of Carol A. Hemeyer